1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    DEREK STENSON,                          CASE NO. C23-1316 MJP

11                          Plaintiff,        ORDER DENYING STIPULATED
                                              PROTECTIVE ORDER
12          v.

13    KING COUNTY, et al.,

14                          Defendants.

15

16          This matter comes before the Court on the Parties' Stipulated Protective Order. (Dkt. No.

17    13.) Having reviewed the Order and all supporting materials, the Court DENIES entry of the

18    Order without prejudice.

19          The Court appreciates that the Parties have submitted a proposed protective order that

20    largely tracks the District's Model Protective Order. But the Parties propose an overbroad and

21    vague definition of "confidential material" to include "[a]ny other material enjoying special legal

22    protection from disclosure that is relevant to the claims or defenses in this case." As the Model

23    Protective Order instructs, the Parties "must include a list of specific documents such as

24

ORDER DENYING STIPULATED PROTECTIVE ORDER - 1

'company's customer list' or 'plaintiff's medical records;'" and may not "list broad categories of documents such as "sensitive business material.'" Model Stipulated Protective Order at 2, available at

https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder.pdf. The Court will consider a more specific and narrow definition of "confidential material" that tracks the Model Protective Order and identifies specific documents, rather than an open-ended and overbroad category of documents.

The Court also rejects the Parties' proposed "Acknowledgment." The Parties have revised and altered the language of the "Acknowledgment" from the Model Protective Order in material ways that do not appear to be either necessary or prudent. Without some explanation as to why the proposed revisions are necessary, the Court rejects this deviation from the Model Protective Order. The Court will consider a revised "Acknowledgment" that mirrors the one included in the Model Protective Order.

For these two reasons, the Court DENIES the Order without prejudice. The Court will consider entry of a revised Stipulated Protective Order that addresses the Court's concerns set forth in this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 13, 2023.

Marsha J. Pechman
United States Senior District Judge