Honorable Marsha J. Pechman
United States District Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK STENSON, as Personal Representative of the Estate of Joshua Ross Sarrett, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a Washington State Government entity, and JACOB LEENSTRA and JANE DOE LEENSTRA, individually and the marital community comprised thereof, and DOES 1-10 inclusive,<br><br>Defendants. | No. 2:23-cv-01316-MJP<br><br>**JOINT STIPULATED MOTION FOR RELIEF FROM DEADLINES**<br><br>*Noted for Thursday, April 11, 2024 (same day motion)* |

**JOINT STIPULATED MOTION**

The undersigned counsel for plaintiff Derek Stenson, as Personal Representative of the Estate of Joshua Ross Sarrett, and defendants King County and Jacob Leenstra, jointly move that the Fed. R. Civ. P. 26(a)(2) expert disclosure report and discovery related deadlines in this matter be extended from the current dates as follows:

//

//

//

//

JOINT STIPULATED MOTION FOR RELIEF FROM DEADLINES (2:23-cv-01316-MJP) - 1

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

| Event | Current Date | Extended Date |
|---|---|---|
| Disclosure of Expert Reports Under Fed. R. Civ. P. 26(b)(2) | 5/13/2024 | 6/17/2024 |
| Disclosure of Rebuttal Expert Reports | 6/12/2024 | 7/10/2024 |
| Deadline for filing all motions related to discovery | 6/12/2024 | 7/10/2024 |
| Discovery Cut-Off | 7/12/2024 | 8/12/2024 |
| Deadline for filing all dispositive motions | 8/12/2024 | 9/9/2024 |

The stipulated motion only extends the deadlines for expert disclosure reports and discovery related deadlines per the above table and does not change any other case schedule events. The purpose of this extension is to prevent incurring additional costs while the defendant's motion to dismiss is pending.

DATED this 11th day of April, 2024.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: /s/ Amy E. Montgomery
AMY E. MONTGOMERY, WSBA #32068
SANTIAGO VIOLA VILLANUEVA, WSBA #54071
Senior Deputy Prosecuting Attorneys
701 5th Avenue, Suite 600
Seattle, WA 98104
Telephone: (206) 477-1881
Email: Amy.montgomery@kingcounty.gov
Email: sviolavillanueva@kingcounty.gov
*Attorneys for King County Defendants*

DATED this 11th day of April, 2024

IDDINS LAW GROUP, P.S.
*Signature affixed per email authorization 04.11.24*

By: /s/ Cameron J. Pearson
CAMERON J. PEARSON, WSBA #48086
ROBERT C. IDDINS, WSBA #37177
CHRISTIAN C. PEARSON, WSBA #55534
Email: cameron@iddinslaw.com
Email: rob@iddinslaw.com
Email: christian@iddinslaw.com
*Attorneys for Plaintiff*

JOINT STIPULATED MOTION FOR RELIEF FROM DEADLINES (2:23-cv-01316-MJP) - 2

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

# ORDER

Based on the Joint Stipulated Motion to Extend Certain Deadlines in this matter, IT IS HEREBY ORDERED that the deadlines for FRCP 26(a)(2) expert disclosure reports and discovery related deadlines are extended as follows:

| Event | Current Date | Extended Date |
|---|---|---|
| Disclosure of Expert Reports Under Fed. R. Civ. P. 26(b)(2) | 5/13/2024 | 6/17/2024 |
| Disclosure of Rebuttal Expert Reports | 6/12/2024 | 7/10/2024 |
| Deadline for filing all motions related to discovery | 6/12/2024 | 7/10/2024 |
| Discovery Cut-Off | 7/12/2024 | 8/12/2024 |
| Deadline for filing all dispositive motions | 8/12/2024 | 9/9/2024 |

All other case schedule events remain the same.

In accordance with the parties' stipulation, IT IS SO ORDERED this 15th day of April, 2024.

_____
HONORABLE MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

LEESA MANION (she/her)
King County Prosecuting Attorney

By: /s/ Amy E. Montgomery
AMY E. MONTGOMERY, WSBA #32068
SANTIAGO VIOLA VILLANUEVA, WSBA #54071
Senior Deputy Prosecuting Attorneys
*Attorneys for King County defendants*

IDDINS LAW GROUP, P.S.
  *Signature affixed per email authorization 04.11.24*

By: /s/ Cameron J. Pearson
CAMERON J. PEARSON, WSBA #48086
ROBERT C. IDDINS, WSBA #37177
CHRISTIAN C. PEARSON, WSBA #55534
*Attorneys for Plaintiff*

JOINT STIPULATED MOTION FOR RELIEF FROM DEADLINES (2:23-cv-01316-MJP) - 3

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191