UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK STENSON, | CASE NO. C23-1316 MJP |
| Plaintiff, | ORDER ON STIPULATED |
| v. | MOTION FOR RELIEF FROM DEADLINES |
| KING COUNTY, et al., | |
| Defendants. | |

This matter comes before the Court of the Parties' Joint Stipulated Motion for Relief from Deadlines. (Dkt. No. 31.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion as follows.

The Parties indicate that they require additional time to depose two lay and one expert witness and that the depositions could not have been completed by the August 12, 2024 deadline. They also ask the Court to extend the expert rebuttal deadline, the discovery deadline, and the dispositive motion deadline. The Parties do not ask the Court to extend the remaining pretrial deadlines and trial date.

Although the Parties waited far too long to bring this to the Court's attention (they filed their motion on the last day of discovery), they have demonstrated sufficient evidence of diligence to permit the requested extension. However, the proposed extension of the dispositive motion deadline will not allow sufficient time for the Court to rule on any such motions in advance of trial. Accordingly, the Court resets the trial date and remaining pretrial deadlines as follows:

| Event | Current Deadline/Date | New Deadline/Date |
|---|---|---|
| Disclosure of expert rebuttal reports | July 10, 2024 | September 2, 2024 |
| All motions related to discovery must be filed by | July 10, 2024 | September 16, 2024 |
| Discovery completed by | August 12, 2024 | September 30, 2024 |
| Dispositive motions filed by | September 9, 2024 | October 7, 2024 |
| Motions in Limine filed by | November 4, 2024 | December 23, 2024 |
| Agreed pretrial order filed by | November 26, 2024 | January 14, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions filed by | November 26, 2024 | January 14, 2025 |
| Pretrial conference | December 3, 2024 | January 22, 2025 at 1:30 PM |
| Trial Date | December 9, 2024 | January 27, 2025 at 9:00 AM |

The Court is unlikely to grant any further extensions of these deadlines, unless the Parties demonstrate clear evidence of diligence and good cause. All other requirements set forth in the Scheduling Order shall remain unchanged. (Dkt. No. 12.)

\\\

\\

The clerk is ordered to provide copies of this order to all counsel.

Dated August 19, 2024.

Marsha J. Pechman
United States Senior District Judge