UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK STENSON,

                Plaintiff,

v.

KING COUNTY, et al.,

                Defendants.

CASE NO. C23-1316 MJP

ORDER EXTENDING TRIAL DATE

The Court issues this Order further to its Order on Stipulated Motion for Relief from Deadlines (Dkt. No. 32.) In that Order, the Court set the trial date to January 27, 2025. Due to a newly-scheduled conflict, the Court must move the trial date. The Court hereby RESETS the trial date to February 3, 2025 at 9:00 AM. All other dates remain as set.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 19, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER EXTENDING TRIAL DATE - 1