UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK STENSON,

          Plaintiff,

   v.

KING COUNTY, et al.,

          Defendants.

CASE NO. C23-1316 MJP

ORDER DENYING STIPULATED MOTION TO STAY

This matter comes before the Court on the Parties' "Stipulated Motion to Stay the Outcome of Defendants' Motion for Summary Judgment and Motion to Exclude." (Dkt. No. 51.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion. In their Motion, the Parties ask the Court to stay the case deadlines until it rules on Defendants' Motion for Summary Judgment and Motion to Exclude. The Parties have not provided any argument or any reason why the Court should stay the case deadlines, and the Court sees no reason to do so. Given the absence of good cause, the Court rejects the unsupported request. The Court intends to issue a decision on both pending motions before the next upcoming case

ORDER DENYING STIPULATED MOTION TO STAY - 1

deadline—the December 23, 2024 deadline for motions in limine. (<u>See</u> Dkt. No. 32.) There is no reason to stay this matter, and the Court DENIES the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 9, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING STIPULATED MOTION TO STAY - 2