Honorable Marsha J. Pechman
United States District Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK STENSON, as Personal Representative of the Estate of Joshua Ross Sarrett, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a Washington State Government entity, and JACOB LEENSTRA and JANE DOE LEENSTRA, individually and the marital community comprised thereof, and DOES 1-10 inclusive,<br><br>Defendants. | No. 2:23-cv-01316-MJP<br><br>**ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR PLAINTIFF'S PRETRIAL STATEMENT UNDER LCR 16(h)**<br><br>*(PROPOSED)* |

THIS MATTER COMERS BEFORE THE COURT on the parties' Stipulated Motion for Relief from Deadline for Plaintiff's Pretrial Statement under LCR 16(h) (Dkt. 54). The matter was submitted for consideration without oral argument. The Court has reviewed the motion and the file herein and is fully informed. A scheduling order may be altered "for good cause and with the judge's consent...." Local Rules W.D. Wash. LCR 16(b). The good cause standard for scheduling orders "primarily considers the diligence of the party seeking the amendment. Johnson v. Mammoth Recreations, Inc.,975 F.2d 604, 609 (9th Cir. 1992). The parties seek to relieve the plaintiff from its deadline to serve a pretrial statement upon defendants

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY DEADLINES (2:23-cv-01316-MJP) - 1

**IDDINS LAW GROUP PS**
25052 104TH AVE. SE, STE. B
KENT, WA 98030
P: 253-854-1244 • F: 253-852-4268

as required by the rules and instead impose a deadline of January 6, 2025. The Court finds that such relief is appropriate.

ACCORDINGLY, IT IS HEREBY ORDERED

1. The parties' Stipulated Motion for Relief from Deadline for Plaintiff's Pretrial Statement under LCR 16(h) (Dkt. 54) is GRANTED.
2. The plaintiff is relieved from the deadline imposed by LCR 16(h) for serving the defendants with a pretrial statement.
3. The plaintiff's pretrial statement shall be served upon the defendants not later than 11:59 PM on January 6, 2024.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

IT IS SO ORDERED this 16th day of   December  , 2024.

_____
HONORABLE MARSHA J. PECHMAN
United States District Court Judge

Presented by:

By: */s/ Cameron J. Pearson*
CAMERON J. PEARSON, WSBA #48086
Attorney for Plaintiff

By: */s/ Electronically Approved*
AMY E. MONTGOMERY, WSBA #32068
Attorneys for King County defendants