UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK STENSON,<br><br>  Plaintiff,<br><br>  v.<br><br>KING COUNTY, et al.,<br><br>  Defendants. | CASE NO. C23-1316 MJP<br><br>ORDER REGARDING SETTLEMENT AND DISMISSAL |

The Court issues this Order after reviewing the Parties' Joint Response to the Order to Show Cause. (Dkt. No. 78.) In it, the Parties indicate they would like the Court to delay the administrative termination of this matter by 30 days so that they can perfect their settlement. The Court hereby ORDERS the Parties to file the Stipulated Order of Dismissal they reference in their Joint Response by no later than April 4, 2025. If the Parties fail to do so, the Court will administratively terminate this matter.

\\

\\

ORDER REGARDING SETTLEMENT AND DISMISSAL - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated March 6, 2025.

3

                                                  Marsha J. Pechman
4                                             United States Senior District Judge

ORDER REGARDING SETTLEMENT AND DISMISSAL - 2