Honorable Marsha J. Pechman
United States District Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK STENSON, as Personal Representative of the Estate of Joshua Ross Sarrett, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a Washington State Government entity, and JACOB LEENSTRA and JANE DOE LEENSTRA, individually and the marital community comprised thereof, and DOES 1-10 inclusive,<br><br>Defendants. | No. 2:23-cv-01316-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS |

### STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff and defendants, parties to the above-entitled action, that Plaintiff's claims against King County should be dismissed with prejudice and without costs or attorney's fees.

STIPULATED AND AGREED TO this 24th day of February, 2025.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: /s/ Amy E. Montgomery
AMY E. MONTGOMERY, WSBA #32068
SANTIAGO VIOLA VILLANUEVA, WSBA #54071
Senior Deputy Prosecuting Attorneys
*Attorneys for King County Defendants*

IDDINS LAW GROUP, P.S.

By: _____
CAMERON J. PEARSON, WSBA #48086
ROBERT C. IDDINS, WSBA #37177
CHRISTIAN C. PEARSON, WSBA #55534
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL OF
ALL CLAIMS (2:23-cv-01316-MJP) - 1

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby DISMISSED WITH PREJUDICE, without costs or attorney's fees.

DATED this 14th day of ___March___ at Seattle, Washington.

_____
HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/ Amy E. Montgomery
AMY E. MONTGOMERY, WSBA #32068
SANTIAGO VIOLA VILLANUEVA, WSBA #54071
Senior Deputy Prosecuting Attorneys
*Attorneys for King County Defendants*

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By: _____
CAMERON J. PEARSON, WSBA #48086
ROBERT C. IDDINS, WSBA #37177
CHRISTIAN C. PEARSON, WSBA #55534
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL OF
ALL CLAIMS (2:23-cv-01316-MJP) - 2

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 Fax (206) 296-0191